■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS CHINN, Appellant. [881 NYS2d 359]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered June 23, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Centra, Peradotto and Green, JJ.